# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0534
Lower Tribunal No. 2023-CA-012146

_____

CRAFTED AUDIO, LLC,

Appellant,

v.

CLAIR GLOBAL INTEGRATION, LLC,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

March 20, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. Civ. P. 1.510(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.").

STARGEL, NARDELLA and PRATT, JJ., concur.


Kenneth G. Turkel and Anthony J. Cuva, of Turkel Cuva Barrios, P.A., Tampa, and Jordan Susman, of Nolan Heimann LLP, Encino, California, Pro Hac Vice, for Appellant.

David P. Reiner, II, of Reiner & Reiner, P.A., Miami, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED